478 A.2d 91

Commonwealth v. Caesar, Appellant.

 Submitted
March 5, 1984. Augustine J. Rieffel, for appellant; Jane C.
Greenspan, Assistant District Attorney, for appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.